AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jerrod Hunter Schmidt<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.  18-8143MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 10, 2018__ in the county of __Mohave__ in the _____ District of __Arizona__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 871(a) | Jerrod Schmidt knowingly and willfully made a threat to take the life of the President of the United States. |

This criminal complaint is based on these facts:

See attached Statement of Probable Cause incorporated by reference herein.

AUTHORIZED BY: David Pimsner, AUSA

☑ Continued on the attached sheet.

SEALED

_____
*Complainant's signature*

Senior Special Agent W. Patrick Glenn
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-17-18

_____
*Judge's signature*

City and state:  Phoenix, AZ

Honorable John Boyle, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, W. Patrick Glenn, being duly sworn, hereby depose and state as follows:

1. I am a Senior Special Agent with the United States Secret Service and have been so employed since January of 1991. During my career, I have conducted numerous investigations concerning threats made to the President of the United States, former Presidents of the United States, and other protectees of the United States Secret Service. I have learned the following facts from my direct participation in this investigation and from the reports and communications from other participating law enforcement officers.

2. Jerrod Hunter Schmidt, (hereinafter SCHMIDT) is a 38 year old male who resides in his motorhome on a plot of land described as Country Road, Plot 15, near Kingman, AZ. SCHMIDT has a criminal history from 2001 which includes DUI, drug possession, and child molestation. SCHMIDT served 9 years in prison for the child molestation charge and filed appeals with the Nebraska Court of Appeals but the conviction was affirmed. SCHMIDT believes that he won the case and is owed money for wrongful imprisonment.

3. On April 10, 2018, between 2:11 am and 2:26 am Nebraska time, SCHMIDT left four voice mail messages at the Clerk of the Nebraska Supreme Court and Court of Appeals. In these voice mails, SCHMIDT identified himself as Jerrod Schmidt and threatened to kill President Donald Trump, Nebraska Governor Pete Ricketts, Nebraska Attorney General Doug Peterson, and former Nebraska Attorney General Jon Bruning. In all of the recordings the phone number captured for the caller is 928-326-3056.

4. Later in the morning on April 10, 2018, Appellate Clerk Lori D. Oliveros notified Lt. Todd Kinghorn, Nebraska State Patrol, Executive Protection/Capitol Security Detail, of the threatening messages. After listening to the messages he contacted U.S. Secret Service Special Agent Matthew Johann from the Omaha, Nebraska office of the U.S. Secret Service. SA Johann determined that SCHMIDT was in Arizona so all of the information, to include copies of the messages left regarding the threats was forwarded to the Phoenix Field Office.

5. Because SCHMIDT is a registered sex offender, records showed SCHMIDT was living in Mohave County. I contacted Sex Crimes Detective Sue Callahan, Mohave County Sheriff's Office, who confirmed that she registered SCHMIDT on January 31, 2018 as a sex offender in Mohave County. She provided a physical address for him which was basically directions because he lives in a motorhome on a plot of land. She also provided a mailing address for him at a UPS store, in Kingman, AZ. The phone number that she has for SCHMIDT, and has contacted him on is 928-326-3056.

6. Also on April 11, 2018, I contacted Postal Inspector Miranda Garcia in order to get the application for the mail box at the UPS store mentioned above. Later that day she provided me a copy of the application for the mailbox for SCHMIDT and on that application SCHMIDT listed his phone number as 928-326-3056.

7. On April 12, 2018, I received a Lincoln Nebraska Police report from SA Johann, Omaha Resident Office of the U.S. Secret Service. The police report describes a complaint made by a female on a train against SCHMIDT on January 8, 2018. In the report SCHMIDT's phone number was listed as 928-326-3056.

8. On April 12, 2018, I received copies of the voice mail messages from Lt. Kinghorn, Nebraska State Patrol.

9. In the first recording at 2:11 am on April 11, 2018, SCHMIDT stated he was going to "kill President Trump" and put a bullet in his head"

10. In the fourth recording, on 2:26 am on April 11, 2018, SCHMIDT stated "I just made a bunch of threats and I mean it too! Jarrod Schmidt will pull the fucking trigger bitch". He also said, "That Donald Trump is a fuck up! You understand I got a bullet with his fucking name on it with an unregistered weapon. His head will be decapitated off his fucking goddam shoulders for fucking around with me."

11. On April 12, 2018, I contacted Special Agent Fletcher Ogg, Bureau of Alcohol, Tobacco, and Firearms, Flagstaff, AZ. I told him about the threats made and within the threats SCHMIDT said he had an unregistered gun he described as a .45. SA Ogg told me that in his experience, weapons are easily obtained in Mohave County and he has worked cases in Mohave County where multiple

2

convicted felons have had firearms so it is easily conceivable that SCHMIDT could have an unregistered firearm.

12. On April 17, 2018, Sex Crimes Detective Sue Callahan, Mohave County Sheriff's Office, contacted me and advised that SCHMIDT left her three voice messages on April 16, 2018 and stated that he was living in a small white travel trailer, with Nebraska plates of 64-50.

13. Based on the aforementioned facts, your Affiant submits that there is probable cause to believe that on or about April 10, 2018, SCHMIDT knowingly and willfully made a verbal threat to kill the President of the United States in violation of 18 U.S.C. § 871(a).

14. Your affiant further requests that the complaint be sealed until SCHMIDT is apprehended so that he does not attempt to destroy evidence or flee the jurisdiction.

W. PATRICK GLENN
Senior Special Agent
United States Secret Service

Subscribed and sworn to before me on this 17th day of April, 2018.

HONORABLE JOHN BOYLE
United States Magistrate Judge

3