FILED _____ LODGED
RECEIVED _____ COPY

APR 2 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-08131-PCT-SPL (MHB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | |
| Jerrod Hunter Schmidt, | VIO: Threats Against the President<br>18 U.S.C. §871(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 10, 2018, in the District of Arizona, the defendant, JERROD HUNTER SCHMIDT, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant threatened to kill President Donald Trump.

All in violation of Section 871(a) of Title 18 of the United States Code.

A TRUE BILL

/s/

_____
FOREPERSON OF THE GRAND JURY
Date: April 24, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/
_____
DAVID A. PIMSNER
Assistant U.S. Attorney