FILED ☒  LODGED ___
RECEIVED ___ COPY ___

AUG 2 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jerrod Hunter Schmidt,<br><br>    Defendant. | CR No. 18-08131-PCT-SPL<br><br>**S U P E R S E D I N G   I N D I C T M E N T**<br><br>VIO:  Threats Against the President<br>18 U.S.C. §871(a)<br>(Counts 1 and 3)<br><br>Interstate Threatening Communications<br>18 U.S.C. § 875(c)<br>(Counts 2 and 4) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about April 10, 2018, in the District of Arizona, the defendant, JERROD HUNTER SCHMIDT, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant threatened to kill President Donald Trump by shooting him in the head.

All in violation of Title 18, United States Code, Section 871(a).

### COUNT 2

On or about April 10, 2018, in the District of Arizona, the defendant, JERROD HUNTER SCHMIDT, did knowingly and willfully transmit in interstate commerce from the State of Arizona, to the State of Nebraska, a telephonic communication to L.O., with the Office of the Clerk of the Nebraska Supreme Court, and the communication contained

a threat to injure L.O. by threatening to put a bullet in her head,

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about April 11, 2018, in the District of Arizona, the defendant, JERROD HUNTER SCHMIDT, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant threatened to kill President Donald Trump by shooting him in the head.

All in violation of Title 18, United States Code, Section 871(a).

## COUNT 4

On or about April 11, 2018, in the District of Arizona, the defendant, JERROD HUNTER SCHMIDT, did knowingly and willfully transmit in interstate commerce from the State of Arizona, to the State of Nebraska, a telephonic communication to L.O., with the Clerk of the Nebraska Supreme Court's Office, and the communication contained a threat to injure L.O. by threatening to put a bullet in her head,

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: August 21, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/

DAVID A. PIMSNER
Assistant U.S. Attorney